# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHAINA WESTERN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT,<br><br>　　　　Defendant. | 3:12-cv-00421-RCJ-WGC<br><br>**ORDER**<br><br>re: Stipulated Discovery Plan<br>　and Scheduling Order<br>　　(Doc. # 23) |

　　　　Before the court is the parties' stipulated Discovery Plan and Scheduling Order. (Doc. # 23.) The parties seek 180 days from their Rule 26(f) conference on October 24, 2013 to complete discovery. The proposed discovery deadline would be April 27, 2014.

　　　　This lawsuit was filed on August 10 2012. (Doc. # 1.) At that time, Plaintiff was proceeding pro se. Defendants answered on October 30, 2012. (Doc. # 7.) An Early Neutral Evaluation (ENE) conference was scheduled for January 29, 2013, but was later vacated and rescheduled for May 17, 2013. (Docs. ## 12, 14, 15.)

　　　　On May 13, 2013, attorney Jeffrey A. Dickerson entered an appearance on behalf of Plaintiff. (Doc. # 18.) Pursuant to Plaintiff's motion, because of Mr. Dickerson's recent entry into the case, the ENE scheduled for May 17, 2013, was vacated and rescheduled for August 5, 2013. (Doc. # 20.) The ENE conducted on that date (August 5, 2013) was unsuccessful.

　　　　For whatever reason, counsel allowed this case to be dormant from August 5, 2013, until recently when the subject Stipulated Discovery Plan and Scheduling Order was filed. (Doc. # 23, 10/22/13.) As noted above, the length of discovery (180 days) is proposed to run from the date of the as yet

unconducted Rule 26 conference (which admittedly is – finally – supposed to be conducted tomorrow).

The parties do not explain why the Rule 26(f) conference has not been completed until months after Mr. Dickerson entered this case in May. This case does not appear unusually complicated or complex. (*See*, Joint Case Management Report, Doc. # 22.) No additional parties are expected to be added to this case and no unusual discovery issues are identified. (*Id.*)

The court, therefore, rejects the parties proposed stipulated discovery plan and scheduling order (Doc. # 23). The discovery deadline in this case shall be **March 3, 2014**. The court anticipates that the parties should have sufficient time to complete discovery within that time frame. The parties shall submit a revised Discovery Plan and Scheduling Order with concomitant deadlines calculated from the March 3, 2014 discovery deadline.

**IT IS SO ORDERED.**

DATED: October 23, 2013.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE